JEANNE SHIBLEY, Appellant, v. THOMAS F. McNALLY, Respondent; LOUISE McNALLY and ELLA McNALLY, Defendants.— Action to recover for services rendered as a dancing and acrobatic instructor. A jury's verdict in favor of plaintiff as against defendant Thomas F. McNally was set aside and the complaint dismissed. There is ample proof that said defendant obligated himself to pay for the services. Judgment in favor of defendant Thomas F. McNally reversed on the law and the facts, with costs; verdict against defendant Thomas F. McNally reinstated, and judgment directed to be entered in favor of plaintiff against said Thomas F. McNally accordingly, with costs. Lazansky, P. J., Young, Davis, Johnston and Adel, JJ., concur.

SONN VIEW DEVELOPMENT CORPORATION, Appellant, v. EMIL MASCHKE, Respondent, and Another, Defendant.— Order granting, as a matter of right, motion of defendant Emil Maschke for a jury trial upon the issues raised by the counterclaims set up in the answer to the complaint, which seeks the foreclosure of a mortgage on certain real property, affirmed, with ten dollars costs and disbursements. (*Kings Highway Development Co., Inc.*, v. *Home Affair Realty Co., Inc.*, 235 App. Div. 796, and cases cited therein.) Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ., concur.